UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-20549-CIV-MORENO**

MSP RECOVERY CLAIMS SERIES LLC,

      Plaintiff,

vs.

AMGEN, INC., WATSON LABORATORIES,
INC., ACTAVIS PHARMA INC., and TEVA
PHARMACEUTICALS USA, INC.,

      Defendants.
_____/

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND
<u>PLACING MATTER IN CIVIL SUSPENSE FILE</u>**

THIS CAUSE came before the Court upon the parties' Stipulation to Extend Defendants' Time to Respond to the Complaint **(D.E. 9),** filed on <u>**February 28, 2020**</u>.

Given that the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order that, if finalized, would transfer this case to the United States District Court for the District of Delaware as part of the *In re Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litig.*, MDL No. 2895, it is

    **ADJUDGED** that:

    1.)    The Clerk of this Court shall mark this cause as **CLOSED** for statistical purposes and place the matter in a civil suspense file;

    2.)    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition;

    3.)    This Order shall not prejudice the rights of the parties to this litigation; and

4.) Plaintiff SHALL notify the Court by **May 29, 2020**, and every three (3) months thereafter of the current status of the proceedings and when this action is ready to proceed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 of February 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record